Case 2:09-cr-20026-PKH   Document 184   Filed 01/13/12   Page 1 of 1 PageID #: 591

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:09CR20026-005 |
| Michael Whitfield | ) |
| | ) USM No: 09074-010 |
| Date of Original Judgment: February 16, 2010 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____64_____ months **is reduced to** _____42_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 1 3 2012

CHRIS R. JOHNSON, Clerk
By
*Deputy Clerk*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/13/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Robert T. Dawson U.S. District Judge
*Printed name and title*